## RYCROFT *v.* GREEN.

*(Circuit Court, S. D. New York.   February 6, 1892.)*

REMOVAL OF CAUSES—EXTENSION OF TIME TO ANSWER.
In view of the Code rules and practice of the courts of New York, an extension of time to answer by order of court extends the time for removal.

At Law.   Motion to remand.
*Henry Thompson,* for the motion.
*George W. Wickersham,* opposed.

LACOMBE, Circuit Judge.   It is the law and practice of this circuit that an extension of time to answer by order of court, whether made on stipulation or not, extends the time for removal.   This was settled practice here before the decisions in other circuits, which are referred to on the argument, and, in view of what an "extension of time to answer" is under the Code rules and practice of the courts of this state, seems conformable alike to the letter and the spirit of the removal act